United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-3634

_____

James Spann,                              *
                                          *
        Appellant,                        *
                                          *
    v.                                    *
                                          *   Appeal from the United States
James Purkett, Superintendent, FCC;       *   District Court for the
Mike Gann, CCA, Farmington                *   Eastern District of Missouri.
Correctional Center; Don Smith, CCA,      *      [UNPUBLISHED]
Farmington Correctional Center;           *
Gordon Lewis, Lt., Farmington             *
Correctional Center; Marvin Johnson,      *
CO 1, Farmington Correctional Center,     *
                                          *
        Appellees.                        *

_____

Submitted:  May 6, 1998
    Filed:  May 11, 1998

_____

Before BOWMAN, Chief Judge, WOLLMAN, and MORRIS SHEPPARD ARNOLD,
        Circuit Judges.

_____

PER CURIAM.

Missouri inmate James Spann appeals the district court's[1] grant of summary judgment in favor of defendants in his 42 U.S.C. § 1983 action. After careful review of the record and the parties' submissions, we conclude that the district court properly granted defendants summary judgment on Spann's failure-to-protect claim, as Spann failed to produce evidence from which a jury could conclude that defendants acted with deliberate indifference to a substantial risk of harm from other inmates. See Jackson v. Everett, No. 97-2359, 1998 WL 156395, slip op. at 3 (8th Cir. Apr. 7, 1998). Accordingly, the judgment is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.